United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PENNY L. HARTFORD,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

_____/

No. C-07-5908 JCS

**ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS [Docket No. 3]**

    The Court is in receipt of Plaintiff's Application To Proceed In Forma Pauperis ("the Application"). Plaintiff has consented to the jurisdiction of a United States magistrate judge, pursuant to 28 U.S.C. § 636(c). Based on its review of Plaintiff's Application, the Court GRANTS Plaintiff's Application to proceed in forma pauperis. **The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendant**.

    IT IS SO ORDERED.

DATED: December 12, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge