BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PENNY L. HARTFORD | ) Civil No. C 07-5908 JCS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Monday, July 14, 2008 in which to e-file her Motion for Summary Judgment. This

1

STIPULATION AND ORDER

1  extension is necessitated by the number of other cases (9) Plaintiff's counsel currently
2  has before the district court that also require briefing around this time period.

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

Dated: June 10, 2008            /s/
                                  SARAH RYAN
                                  Special Assistant U.S. Attorney

Dated: June 10, 2008            /s/
                                  BETTY HERRERA
                                  Attorney for Plaintiff
                                  PENNY L. HARTFORD

IT IS SO ORDERED.

Dated:   June 10, 2008
                                  HON. JOSEPH C. SPERO
                                  United States Magistrate Judge

STIPULATION AND ORDER