BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PENNY L. HARTFORD | ) | Civil No. C 07-5908 JCS |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Monday, July 14, 2008 in which to e-file her Motion for Summary Judgment. This

1

STIPULATION AND ORDER

extension is necessitated by the number of other cases (9) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 10, 2008

/s/
SARAH RYAN
Special Assistant U.S. Attorney

Dated: June 10, 2008

/s/
BETTY HERRERA
Attorney for Plaintiff
PENNY L. HARTFORD

IT IS SO ORDERED.

Dated:  June 10, 2008

HON. _____
United States Magistrate Judge

*Judge Joseph C. Spero*

2
STIPULATION AND ORDER