1  BETTY HERRERA (242189)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  PENNY L. HARTFORD,            )   No.: C-07-05908 JCS
                                  )
15              Plaintiff,        )
                                  )
16                                )
                                  )
17  v.                            )   STIPULATION AND ORDER FOR
                                  )   DISMISSAL
18                                )
                                  )
19  MICHAEL J. ASTRUE,            )
    Commissioner, Social Security )
20  Administration,               )
                                  )
21              Defendant.        )
                                  )
22  _____)

23
        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
24
    matter be dismissed in its entirety without prejudice.  Each party shall bear their own
25
    attorney's fees and costs.
26

27

28

                                           1
STIPULATION AND ORDER

|     |                          |                                       |
| --- | ------------------------ | ------------------------------------- |
| 1   |                          |                                       |
| 2   |                          | JOSEPH P. RUSSONIELLO                 |
| 3   |                          | United States Attorney                |

Dated: July 28, 2008              /s/_____
                                  SARAH RYAN
                                  Special Assistant U.S. Attorney

Dated:  July 28, 2008             /s/_____
                                  BETTY HERRERA
                                  Attorney for Plaintiff
                                  PENNY L. HARTFORD

IT IS SO ORDERED.

Dated: __July 29, 2008__          _____
                                  HON.
                                  United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

2

STIPULATION AND ORDER